# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

Jul 03, 2019

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| CHRISTIAN BRUCE,<br>*Plaintiff*<br>v.<br>HEATHER MCINNIS,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>Civil Action No. 1:19-CV-3039-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 14, is GRANTED. All claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza Jr. on a motion to Voluntarily Dismiss Complaint.

Date: 7/3/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore